FILED
CHARLOTTE, NC

JUN 1 6 2022

US DISTRICT COURT
WESTERN DISTRICT OF NC

RESOLUTION AND MEMORIAL
SUSANNE MARIE ROBICSEK

May it please the Court:

It is my honor to share with you thoughts of my dear friend, Susanne Marie Robicsek, and offer this Resolution documenting her presence as a member of the Mecklenburg County Bar.

The daughter of Lily and Francis Robicsek, Susanne grew up in Charlotte on Forest Drive in Meyers Park. Susanne was very family oriented, spending a great deal of time throughout her life with her parents at their home where she embraced her Hungarian heritage. In her childhood, her Hungarian aunt she called "Mancika," lived with the family and made traditional Hungarian dishes. That started Susanne's lifelong love of good food and all things Hungarian. Her mom, Lily, continued to make the traditional dishes and nearly every Christmas, Susanne would proudly present her close friends with a Hungarian nut roll called Beigli. But it was at "aunthood" where Suzanne really excelled. Her nieces and nephews were the beneficiary of her tremendous capacity to love and guide. Her house was always full of toys including a beautiful doll house and an antique child's cradle stuffed with dolls and toys. Even when nieces and nephews were grown and gone, she could not part with those items.

When Susanne spoke of her early memories, she often talked of riding her pony, Patches, down Providence Road when Charlotte was a simpler place. Her love of horses continued and, in 1998, she and nine other women friends--some of them bankruptcy attorneys-- rode into the Beartooth Wilderness, east of Yellowstone, and spent a full week camping under the stars and riding out every day to fly fish in the crystal streams. Susanne knew the horses were supposed to be walked, but she would hang way back on the trail and then come flying up at a gallop to catch up. Yes, she had bit of the rule-breaker in her!

Suzanne attended Eastover Elementary and Charlotte Country Day schools. But it was her ten summers at YMCA Camp Thunderbird that made an indelible impression on her. She returned year after year for 10 years as a camper and then as a counselor and the water ski instructor. People she met there were the cornerstones of a group of very close friends she kept all her life.

At North Carolina State, she majored in architecture and then went to Wake Forest to study law. After graduation, she clerked in the Middle District Bankruptcy Court for Judge Rufus Reynolds and was with him in Columbia for the bankruptcy of Jim and Tammy Baker's Heritage USA. After a year of clerking, she came back to Charlotte in 1987 and worked with David Badger and Keith Johnson across from the Federal Courthouse. David Badger remembers her as always searching for how to handle the tough issues that came up in a case. Dave said, "She was diligent and would ask anybody she could find for information and then follow up until she worked it out." While she was with Dave, she hit upon a thorny issue which somehow brought her to my house one evening in late 1987. We talked through her issue and that began a long and close friendship. Dave characterized Susanne as a "sweet lady, smart and very caring for other people and clients," which fits exactly with the way she approached her own practice when she left Dave after a few years.

Her brother John hit the nail on the head when he said, "She was a friend of the little guy or the underdog." He credits her with having a very sharp mind and being highly intelligent. The two of them had frequent long conversations on every topic imaginable. Susanne was an ace at all things internet and freely shared her knowledge. She was also a whiz at Jeopardy and trivia and, during covid, spent late nights playing (and winning) trivia games on zoom with bankruptcy colleagues around the country. She was active in the National Association of Consumer Bankruptcy Attorneys and attended their national meetings regularly. Max Gardner and Vera Goudes both remembered that she spent much of her time at the conferences connecting with people in the hallways to discuss thorny issues or catch up on the latest decisions, rather than sitting in sessions.

Those of you who knew Susanne, also know she was an independent thinker and carved her own path in life. That path always led back to family and friends. She was truly a passionate defender of the little guy, counseling her bankruptcy clients with understanding and quiet, patient attention. But she could be a fighter too. Max Gardner recalled the time he first encountered her when she came out swinging at him. It seems he had filed an action against the Sanger Clinic where her father was the patriarch. Max's client had had heart surgery by Dr. Robicsek at Sanger but had not paid his bill and then subsequently filed bankruptcy. Sanger later sent a bill after the bankruptcy filing, and Max responded with his classic motion for sanctions against Sanger Clinic for violating the automatic stay imposed by the Bankruptcy Code. Max answered a phone call from "fired up" attorney Robicsek to hear her lay him out for daring to sue Sanger after her father had saved the man's life and not even been paid for it! After a few choice words including, "How dare you sue my dad!" and a demand that the lawsuit be withdrawn, Max relented and dismissed the case. He said he just felt so bad for her and so impressed at her passion for her father.

So, who was this complicated woman affectionately known to her family as Zsu Zsu? Her colleagues knew her as a passionate consumer bankruptcy lawyer, but she was so much more. She had a voracious appetite for reading, travel, music and friends. She was scuba diver who regularly went to the Bahamas to swim with the sharks and then brought back the pictures to thrill her friends. She was a traveler, both in her mind and in reality... there was an African safari with her mother and brother, Steve; multiple trips to Budapest to visit family; a trip to Vietnam to visit Margie, her closest childhood friend from Camp Thunderbird; many, many ski trips; the annual June beach birthday bash in a huge house on the coast with as many friends as she could squeeze in; and, in 2018, shortly before her last illness, a trip to Carunchio, a small village in Italy, to attend a cooking school with her very close friend, Chris. She was a dog lover and rescued and loved many pooches, most recently her beloved Cairn Terrier, Sassy. She was a collector of anything and everything...of friends, artwork, and "stuff." She was a reader, cook, gardener and a lover of music and often attended concerts by diverse performers. She was generous, happy and loving. A friend to so many... definitely a dreamer... She went to many places in her mind in the late-night hours. Her bed was always covered with books and a computer...and her Sassy. She touched so many and left an indelible impression. She was always positive and forward-looking and really believed to the end that everything would work out.

As we remember Susanne, artist Thomas Campbell said it best ..."To live in the hearts [of those] we leave behind is not to die." She will always be in the hearts of her family and friends.

Joining with her family, friends and bankruptcy colleagues in deepest appreciation for the life

of Susanne Marie Robicsek, I respectfully move that this Resolution be received, filed and inscribed in the minutes of the Court, with a copy placed in the Memorials of Deceased Attorneys in the Office of the Clerk of Superior Court and that copies be made available to members of the Robicsek family.

_____
Judy D. Thompson
Presenter
N.C. State Bar # 15617

_____
Heather W. Culp
Past President, Mecklenburg County Bar
M.C. State Bar # 30386

_____
Julie Lewis
Member, Committee on Memorials
N.C. State Bar # 14280

So Ordered, this 16 day of June, 2022

_____
Hon. Frank D Whitney
Unite States District Court Judge
Western District of North Carolina

_____
Hon. J. Craig Whitley
United States Bankruptcy Court Judge
Western District of North Carolina

_____
Hon. Charles M. Viser
Superior Court Judge
North Carolina